JACKSON LEWIS LLP
DAVID S. BRADSHAW, SBN 44888
CARY G. PALMER, SBN 186601
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
E-mail: bradshawd@jacksonlewis.com
E-mail: palmerc@jacksonlewis.com

Attorneys for Defendant
BLOOMINGDALE'S, INC.

WILLIAM A. SOKOL, SBN 072740
LINDA BALDWIN JONES, SBN 178922
EZEKIEL D. CARDER, SBN 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
E-mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs
PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; and STATIONARY ENGINEERS LOCAL 39 ANNUITY TRUST FUND

Plaintiffs,

v.

BLOOMINGDALE'S, INC., a California Corporation,

Defendant.

Case No. 3:11-cv-03968-JSC

ASSIGNED TO
HON. JACQUELINE SCOTT CORLEY
COURTROOM E

**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO COMPLAINT**

Complaint Filed: August 12, 2011
Trial Date: None Set

Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as Trustees of the Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Annuity Trust Fund ("Plaintiffs"), and Defendant Bloomingdale's Inc. ("Defendant"), by and through their respective attorneys of record, hereby stipulate that Defendant's time to file a responsive pleading to Plaintiffs' Complaint is extended from October 11, 2011 up to and including November 10, 2011. This extension does not alter the date of any event or any deadline already fixed by Court order.

Dated: October 11, 2011

JACKSON LEWIS LLP

By: [signature]
David S. Bradshaw
Cary G. Palmer

Attorneys for Defendant
BLOOMINGDALE'S, INC.

Dated: October 11, 2011

WEINBERG, ROGER & ROSENFELD

By: [signature]
William A. Sokol
Linda Baldwin Jones
Ezekiel D. Carder

Attorneys for Plaintiffs
PAUL BENSI, BART FLORENCE,
JERRY KALMAR, and LYLE SETTER,
in their capacities as Trustees of the
STATIONARY ENGINEERS LOCAL 39
PENSION TRUST FUND and
STATIONARY ENGINEERS LOCAL 39
ANNUITY TRUST FUND

Dated: 10/13/11

UNITED STATES DISTRICT COURT
GRANTED
[signature]
Judge Jacqueline Scott Corley
NORTHERN DISTRICT OF CALIFORNIA