1  WILLIAM A. SOKOL, Bar No. 072740
   Email: courtnotice@unioncounsel.net
2  LINDA BALDWIN JONES, Bar No. 178922
   Email: courtnotice@unioncounsel.net
3  EZEKIEL D. CARDER, Bar No. 206537
   Email: courtnotice@unioncounsel.net
4  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
5  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
6  Telephone (510) 337-1001
   Facsimile (510) 337-1023
7
   Attorneys for Plaintiffs
8
   JACKSON LEWIS LLP
9  DAVID S. BRADSHAW, Bar No. 44888
   Email: bradshawd@jacksonlewis.com
10 CARY G. PALMER, Bar No. 186601
   Email: palmerc@jacksonlewis.com
11 801 K Street, Suite 2300
   Sacramento, California 95814
12 Telephone (916) 341-0404
   Facsimile (916) 341-0141
13
   Attorneys for Defendant
14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                       SAN FRANCISCO DIVISION
17
   PAUL BENSI, BART FLORENCE, JERRY      ) No.    C 11-03968 JSC
18 KALMAR, and LYLE SETTER, in their     )
   capacities as Trustees of the STATIONARY )
19 ENGINEERS LOCAL 39 PENSION TRUST      ) **STIPULATED REQUEST TO EXTEND**
   FUND; and STATIONARY ENGINEERS        ) **TIME FOR DEFENDANT TO FILE A**
20 LOCAL 39 ANNUITY TRUST FUND           ) **RESPONSIVE PLEADING TO**
                                         ) **PLAINTIFFS' COMPLAINT AND TO**
21             Plaintiffs,               ) **CONTINUE CASE MANAGEMENT**
                                         ) **CONFERENCE AND RELATED**
22       v.                              ) **DEADLINES; [PROPOSED] ORDER**
                                         )
23 BLOOMINGDALE'S, INC., a California    )
   Corporation,                          )
24                                       )
               Defendant.                )
25 _____ )

26       Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs and Defendant hereby respectfully

27 request that Defendant's time to file a responsive pleading to Plaintiffs' Complaint be extended for

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1  a period of 60 days, from November 10, 2011 to and including January 9, 2012, and that the Initial

2  Case Management Conference scheduled for December 1, 2011 at 1:30 p.m. and related deadlines

3  be continued for sixty (60) days to allow the Parties additional time to continue their discussions

4  regarding a possible resolution of this action without the necessity of further litigation time and

5  expense, as follows:

| Current Deadline | New Deadline | Description |
|---|---|---|
| 11.10.11 | **01.09.12** | Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• file ADR certification signed by Parties and Counsel<br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 11.24.11 | **01.23.12** | Last day to:<br><br>• file Rule 26(f) Report<br><br>• complete initial disclosures or state objection in Rule 26(f) Report<br><br>• file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| 12.01.11 1:30 p.m. Ctrm E | **01.30.12 1:30 p.m. Ctrm E** | Initial Case Management Conference |

23  Plaintiffs and Defendant have been engaged in informal settlement discussions and are

24  requesting a continuance of the time for Defendant to file a responsive pleading to Plaintiffs'

25  Complaint and the Case Management Conference and related deadlines to allow the Parties

26  additional time for the Defendant to provide Plaintiffs with the documents necessary for Plaintiffs'

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

1  auditors to complete the audit sought in the Complaint.  The Parties have not requested a prior

2  continuance of the Case Management Conference and related deadlines.

3       The Parties expect that the requested extension of the date for the Initial Case Management

4  Conference will have no adverse effect on the schedule for the case.  No trial date or other

5  deadlines have yet been set.  The requested extensions may facilitate the resolution of the action.

6  The continuance of the Case Management Conference would promote judicial efficiency as

7  Defendant has agreed to provide the documents necessary for Plaintiffs' auditors to complete the

8  audit sought in the Complaint.

9  Dated:  November 9, 2011

10                                        WEINBERG, ROGER & ROSENFELD
                                          A Professional Corporation
11

12                                        By: _____
                                              WILLIAM A. SOKOL
13                                            LINDA BALDWIN JONES
                                              EZEKIEL D. CARDER
14                                            Attorneys for Plaintiffs

15  Dated:  November 9, 2011

16                                        JACKSON LEWIS LLP

17

18                                        By: _____
                                              DAVID S. BRADSHAW
19                                            CARY G. PALMER
                                              Attorneys for Defendant

20

21

22                              [PROPOSED] ORDER

23       Based upon the foregoing Stipulated Request to Extend Time for Defendant to File a

24  Responsive Pleading to Plaintiffs' Complaint and to Continue Case Management Conference and

25  Related Deadlines, the Court orders an extension of time for Defendant to file a responsive

26  pleading to Plaintiffs' Complaint and the continuance of the Initial Case Management Conference

27  ///

28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Stipulated Request to Extend Time for Def to File a Responsive Pleading to Pltf's Complaint and to Continue Case
Management Conference and Related Deadlines; [Proposed] Order         Case No. C 11-03968 JSC

---

---

and related deadlines for sixty (60) days, as set forth above in the Stipulated Request or as soon thereafter as a court date is available. Pursuant to U.S.C. 28 Section 636, defendant shall file a consent or declination as soon as possible.

Dated:   11/9/11

*Jacqueline S. Corley*

HONORABLE JACQUELINE S. CORLEY
UNITED STATES MAGISTRATE JUDGE

128625/643996

4833-9084-1869, v. 1

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulated Request to Extend Time for Def to File a Responsive Pleading to Pltf's Complaint and to Continue Case Management Conference and Related Deadlines; [Proposed] Order          Case No. C 11-03968 JSC