1   WILLIAM A. SOKOL, Bar No. 072740
    Email: courtnotice@unioncounsel.net
2   LINDA BALDWIN JONES, Bar No. 178922
    Email: courtnotice@unioncounsel.net
3   EZEKIEL D. CARDER, Bar No. 206537
    Email: courtnotice@unioncounsel.net
4   WEINBERG, ROGER & ROSENFELD
    A Professional Corporation
5   1001 Marina Village Parkway, Suite 200
    Alameda, California 94501-1091
6   Telephone (510) 337-1001
    Facsimile (510) 337-1023
7
    Attorneys for Plaintiffs
8
    JACKSON LEWIS LLP
9   DAVID S. BRADSHAW, Bar No. 44888
    Email: bradshawd@jacksonlewis.com
10  CARY G. PALMER, Bar No. 186601
    Email: palmerc@jacksonlewis.com
11  801 K Street, Suite 2300
    Sacramento, California 95814
12  Telephone (916) 341-0404
    Facsimile (916) 341-0141
13
    Attorneys for Defendant
14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                      SAN FRANCISCO DIVISION
17
    PAUL BENSI, BART FLORENCE, JERRY          )   No.     C 11-03968 JSC
18  KALMAR, and LYLE SETTER, in their         )
    capacities as Trustees of the STATIONARY  )
19  ENGINEERS LOCAL 39 PENSION TRUST          )   **STIPULATED REQUEST TO EXTEND**
    FUND; and STATIONARY ENGINEERS            )   **TIME FOR DEFENDANT TO FILE A**
20  LOCAL 39 ANNUITY TRUST FUND               )   **RESPONSIVE PLEADING TO**
                                              )   **PLAINTIFFS' COMPLAINT AND TO**
21                  Plaintiffs,               )   **CONTINUE CASE MANAGEMENT**
                                              )   **CONFERENCE AND RELATED**
22           v.                               )   **DEADLINES; [PROPOSED] ORDER**
                                              )
23  BLOOMINGDALE'S, INC., a California        )
    Corporation,                              )
24                                            )
                    Defendant.                )
25  _____ )

26           Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs and Defendant hereby respectfully

27  request that Defendant's time to file a responsive pleading to Plaintiffs' Complaint be extended for

28
WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001
                                           - 1 -

a period of 60 days, from November 10, 2011 to and including January 9, 2012, and that the Initial Case Management Conference scheduled for December 1, 2011 at 1:30 p.m. and related deadlines be continued for sixty (60) days to allow the Parties additional time to continue their discussions regarding a possible resolution of this action without the necessity of further litigation time and expense, as follows:

| Current Deadline | New Deadline | Description |
|---|---|---|
| 11.10.11 | **01.09.12** | Last day to: <br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan <br><br>• file ADR certification signed by Parties and Counsel <br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 11.24.11 | **01.23.12** | Last day to: <br><br>• file Rule 26(f) Report <br><br>• complete initial disclosures or state objection in Rule 26(f) Report <br><br>• file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| 12.01.11 1:30 p.m. Ctrm E | **01.30.12 1:30 p.m. Ctrm E** | Initial Case Management Conference |

Plaintiffs and Defendant have been engaged in informal settlement discussions and are requesting a continuance of the time for Defendant to file a responsive pleading to Plaintiffs' Complaint and the Case Management Conference and related deadlines to allow the Parties additional time for the Defendant to provide Plaintiffs with the documents necessary for Plaintiffs'

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1    auditors to complete the audit sought in the Complaint.  The Parties have not requested a prior

2    continuance of the Case Management Conference and related deadlines.

3        The Parties expect that the requested extension of the date for the Initial Case Management

4    Conference will have no adverse effect on the schedule for the case.  No trial date or other

5    deadlines have yet been set.  The requested extensions may facilitate the resolution of the action.

6    The continuance of the Case Management Conference would promote judicial efficiency as

7    Defendant has agreed to provide the documents necessary for Plaintiffs' auditors to complete the

8    audit sought in the Complaint.

9    Dated: November 9, 2011

10                                        WEINBERG, ROGER & ROSENFELD
                                          A Professional Corporation
11

12                                        By: _____
                                              WILLIAM A. SOKOL
13                                            LINDA BALDWIN JONES
                                              EZEKIEL D. CARDER
14                                            Attorneys for Plaintiffs

15   Dated: November 9, 2011

16                                        JACKSON LEWIS LLP

17

18                                        By: _____
                                              DAVID S. BRADSHAW
19                                            CARY G. PALMER
                                              Attorneys for Defendant

20

21

22                                    [PROPOSED] ORDER

23        Based upon the foregoing Stipulated Request to Extend Time for Defendant to File a

24   Responsive Pleading to Plaintiffs' Complaint and to Continue Case Management Conference and

25   Related Deadlines, the Court orders an extension of time for Defendant to file a responsive

26   pleading to Plaintiffs' Complaint and the continuance of the Initial Case Management Conference

27   ///

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-7091
510.337.1001

- 3 -

Stipulated Request to Extend Time for Def to File a Responsive Pleading to Pltf's Complaint and to Continue Case
Management Conference and Related Deadlines; [Proposed] Order                    Case No. C 11-03968 JSC

1   and related deadlines for sixty (60) days, as set forth above in the Stipulated Request or as soon

2   thereafter as a court date is available.  Pursuant to U.S.C. 28 Section 636, defendant shall file a
    consent or declination as soon as possible.

3   Dated:    11/9/11

4                                                    _Jacqueline S. Corley_____

5                                                    HONORABLE JACQUELINE S. CORLEY
                                                     UNITED STATES MAGISTRATE JUDGE

6   128625/643996

7

8   4833-9084-1869, v. 1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Stipulated Request to Extend Time for Def to File a Responsive Pleading to Pltf's Complaint and to Continue Case
Management Conference and Related Deadlines; [Proposed] Order          Case No. C 11-03968 JSC