1  JACKSON LEWIS LLP
   DAVID S. BRADSHAW, SBN 44888
2  CARY G. PALMER, SBN 186601
   801 K Street, Suite 2300
3  Sacramento, California 95814
   Telephone:  (916) 341-0404
4  Facsimile:   (916) 341-0141
   E-mail:  bradshawd@jacksonlewis.com
5  E-mail:  palmerc@jacksonlewis.com

6  Attorneys for Defendant
   BLOOMINGDALE'S, INC.
7
   WILLIAM A. SOKOL, SBN 072740
8  LINDA BALDWIN JONES, SBN 178922
   EZEKIEL D. CARDER, SBN 206537
9  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
10 1001 Marina Village Parkway, Suite 200
   Alameda, CA  94501-1091
11 Telephone:  (510) 337-1001
   Facsimile:   (510) 337-1023
12 E-mail:  courtnotices@unioncounsel.net

13 Attorneys for Plaintiffs
   PAUL BENSI, et al.
14

15             UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17              SAN FRANCISCO DIVISION

18 PAUL BENSI, et al.,
                                          Case No. 3:11-cv-03968-JSC
19          Plaintiffs,
                                          ASSIGNED TO
20    v.                                  HON. JACQUELINE SCOTT CORLEY
                                          COURTROOM E
21 BLOOMINGDALE'S, INC., a California
   Corporation,                           SECOND STIPULATED REQUEST TO
22                                        EXTEND TIME FOR DEFENDANT TO
            Defendant.                    FILE RESPONSIVE PLEADING TO
23                                        PLAINTIFFS' COMPLAINT AND TO
                                          CONTINUE CASE MANAGEMENT
24                                        CONFERENCE AND RELATED
                                          DEADLINES; [PROPOSED] ORDER
25

26

27                                        Complaint Filed:  August 12, 2011
                                          Trial Date:        None Set
28

                                  1

Second Stipulated Request to Extend Time for Defendant to
File Responsive Pleading to Complaint, Etc.                Case No. 3:11-cv-03968-JSC

Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs and Defendant hereby respectfully request that Defendant's time to file a responsive pleading to Plaintiffs' Complaint be extended for a period of thirty (30) days, from January 9, 2012 to and including February 8, 2012, and that the Initial Case Management Conference scheduled for February 2, 2012 at 1:30 p.m. and related deadlines be continued for thirty (30) days to allow the Parties additional time to continue their discussions regarding a possible resolution of this action without the necessity of further litigation time and expense, as follows:

| Current Deadline | New Deadline | Description |
|---|---|---|
| 01.09.12 | **02.08.12** | Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• file ADR certification signed by Parties and Counsel<br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 01.26.12 | **02.27.12** | Last day to:<br><br>• file Rule 26(f) Report<br><br>• complete initial disclosures or state objection in Rule 26(f) Report<br><br>• file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| 02.02.12 1:30 p.m. Ctrm E | **03.05.12 1:30   p.m. Ctrm E**<br><br>**(or as soon thereafter as the Court is available)** | Initial Case Management Conference |

/ / /

/ / /

2

1    Plaintiffs and Defendant have been engaged in informal settlement discussions and are

2    requesting an additional continuance of the time for Defendant to file a responsive pleading to

3    Plaintiffs' Complaint and for the Case Management Conference and related deadlines to allow the

4    Parties additional time for completion of the audit process sought in the Complaint.  The Parties

5    have requested one prior continuance of the Case Management Conference and related deadlines.

6    The Parties expect that the requested extension of the date for the Initial Case

7    Management Conference will have no adverse effect on the schedule for the case.  No trial date or

8    other deadlines have yet been set.  The requested extensions may facilitate the resolution of the

9    action.  The continuance of the Case Management Conference would promote judicial efficiency

10   as Defendant has provided the requested documents for Plaintiffs' auditors to complete the audit

11   sought in the Complaint, but additional time is needed for the audit process to be completed.

12   Dated:  January 10, 2012                    JACKSON LEWIS LLP

13

14                                               By:_____
                                                      David S. Bradshaw
15                                                    Cary G. Palmer

16                                               Attorneys for Defendant
                                                 BLOOMINGDALE'S, INC.
17

18   Dated:  January 10, 2012                    WEINBERG, ROGER & ROSENFELD

19                                               By:_____
                                                      William A. Sokol
20                                                    Linda Baldwin Jones
                                                      Ezekiel D. Carder
21

22                                               Attorneys for Plaintiffs
                                                 PAUL BENSI, BART FLORENCE,
23                                               JERRY KALMAR, and LYLE SETTER,
                                                 in their capacities as Trustees of the
24                                               STATIONARY ENGINEERS LOCAL 39
                                                 PENSION TRUST FUND and
25                                               STATIONARY ENGINEERS LOCAL 39
                                                 ANNUITY TRUST FUND

26                                **[PROPOSED] ORDER**

27   Based upon the foregoing Second Stipulated Request to Extend Time for Defendant to

28   File a Responsive Pleading to Plaintiffs' Complaint and to Continue Case Management

3

1    Conference and Related Deadlines, the Court orders an extension of time for Defendant to file a

2    responsive pleading to Plaintiffs' Complaint and the continuance of the Initial Case Management

3    Conference and related deadlines for sixty (60) days, as set forth above in the Stipulated Request,

4    or as soon thereafter as a court date is available.  The case management conference is reset to
      3/8/2012 at 1:30 p.m. in Courtroom F.

5    Dated: _____

6                                    HONORABLE JACQUELINE S. CORLEY
                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11                Dated: 1/11/2012

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4