| | |
|---|---|
| 1 | JACKSON LEWIS LLP |
|  | DAVID S. BRADSHAW, SBN 44888 |
| 2 | CARY G. PALMER, SBN 186601 |
|  | 801 K Street, Suite 2300 |
| 3 | Sacramento, California 95814 |
|  | Telephone: (916) 341-0404 |
| 4 | Facsimile: (916) 341-0141 |
|  | E-mail: bradshawd@jacksonlewis.com |
| 5 | E-mail: palmerc@jacksonlewis.com |
| 6 | Attorneys for Defendant |
|  | BLOOMINGDALE'S, INC. |
| 7 | |
|  | WILLIAM A. SOKOL, SBN 072740 |
| 8 | LINDA BALDWIN JONES, SBN 178922 |
|  | EZEKIEL D. CARDER, SBN 206537 |
| 9 | WEINBERG, ROGER & ROSENFELD |
|  | A Professional Corporation |
| 10 | 1001 Marina Village Parkway, Suite 200 |
|  | Alameda, CA 94501-1091 |
| 11 | Telephone: (510) 337-1001 |
|  | Facsimile: (510) 337-1023 |
| 12 | E-mail: courtnotices@unioncounsel.net |
| 13 | Attorneys for Plaintiffs |
|  | PAUL BENSI, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL BENSI, et al., | Case No. 3:11-cv-03968-JSC |
| Plaintiffs, | ASSIGNED TO |
| v. | HON. JACQUELINE SCOTT CORLEY |
| BLOOMINGDALE'S, INC., a California Corporation, | COURTROOM E |
| Defendant. | **SECOND STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER** |
|  | Complaint Filed: August 12, 2011 |
|  | Trial Date: None Set |

1

Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs and Defendant hereby respectfully request that Defendant's time to file a responsive pleading to Plaintiffs' Complaint be extended for a period of thirty (30) days, from January 9, 2012 to and including February 8, 2012, and that the Initial Case Management Conference scheduled for February 2, 2012 at 1:30 p.m. and related deadlines be continued for thirty (30) days to allow the Parties additional time to continue their discussions regarding a possible resolution of this action without the necessity of further litigation time and expense, as follows:

| Current Deadline | New Deadline | Description |
|---|---|---|
| 01.09.12 | 02.08.12 | Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• file ADR certification signed by Parties and Counsel<br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 01.26.12 | 02.27.12 | Last day to:<br><br>• file Rule 26(f) Report<br><br>• complete initial disclosures or state objection in Rule 26(f) Report<br><br>• file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| 02.02.12 1:30 p.m. Ctrm E | 03.05.12 1:30 p.m. Ctrm E<br><br>(or as soon thereafter as the Court is available) | Initial Case Management Conference |

///

///

2

1    Plaintiffs and Defendant have been engaged in informal settlement discussions and are
2    requesting an additional continuance of the time for Defendant to file a responsive pleading to
3    Plaintiffs' Complaint and for the Case Management Conference and related deadlines to allow the
4    Parties additional time for completion of the audit process sought in the Complaint. The Parties
5    have requested one prior continuance of the Case Management Conference and related deadlines.

6    The Parties expect that the requested extension of the date for the Initial Case
7    Management Conference will have no adverse effect on the schedule for the case. No trial date or
8    other deadlines have yet been set. The requested extensions may facilitate the resolution of the
9    action. The continuance of the Case Management Conference would promote judicial efficiency
10   as Defendant has provided the requested documents for Plaintiffs' auditors to complete the audit
11   sought in the Complaint, but additional time is needed for the audit process to be completed.

12   Dated: January 10, 2012                JACKSON LEWIS LLP

13
                                            By: /s/ David S. Bradshaw
14                                              David S. Bradshaw
                                                Cary G. Palmer
15
                                            Attorneys for Defendant
16                                          BLOOMINGDALE'S, INC.

17
     Dated: January 10, 2012                WEINBERG, ROGER & ROSENFELD
18
                                            By: /s/ William A. Sokol
19                                              William A. Sokol
20                                              Linda Baldwin Jones
                                                Ezekiel D. Carder
21
                                            Attorneys for Plaintiffs
22                                          PAUL BENSI, BART FLORENCE,
                                            JERRY KALMAR, and LYLE SETTER,
23                                          in their capacities as Trustees of the
                                            STATIONARY ENGINEERS LOCAL 39
24                                          PENSION TRUST FUND and
                                            STATIONARY ENGINEERS LOCAL 39
25                                          ANNUITY TRUST FUND

26                              [~~PROPOSED~~] ORDER

27   Based upon the foregoing Second Stipulated Request to Extend Time for Defendant to
28   File a Responsive Pleading to Plaintiffs' Complaint and to Continue Case Management

3

Second Stipulated Request to Extend Time for Defendant to
File Responsive Pleading to Complaint, Etc.                                Case No. 3:11-cv-03968-JSC

1 | Conference and Related Deadlines, the Court orders an extension of time for Defendant to file a
2 | responsive pleading to Plaintiffs' Complaint and the continuance of the Initial Case Management
3 | Conference and related deadlines for sixty (60) days, as set forth above in the Stipulated Request,
4 | or as soon thereafter as a court date is available.  The case management conference is reset to 3/8/2012 at 1:30 p.m. in Courtroom F.
5 | Dated: _____

HONORABLE JACQUELINE S. CORLEY
UNITED STATES MAGISTRATE JUDGE

Dated: 1/11/2012

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

Second Stipulated Request to Extend Time for Defendant to
File Responsive Pleading to Complaint, Etc.

Case No. 3:11-cv-03968-JSC