

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | RALEIGH-DURHAM, NC |
| 801 K Street | BOSTON, MA | MIAMI, FL | SACRAMENTO, CA |
| Suite 2300 | CHICAGO, IL | MINNEAPOLIS, MN | SAN FRANCISCO, CA |
| Sacramento, California 95814 | DALLAS, TX | MORRISTOWN, NJ | SEATTLE, WA |
| Tel 916 341-0404 | GREENVILLE, SC | NEW YORK, NY | STAMFORD, CT |
| Fax 916 341-0141 | HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | WHITE PLAINS, NY |

March 5, 2012

*Via Electronic Filing*

The Honorable Jacqueline Scott Corley
Magistrate Judge
Courtroom F
United States District Court
Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   *Bensi, et al. v. Bloomingdale's, Inc.*
           USDC, Northern District, San Francisco Division
           Case No. 3:11-cv-03968-JSC

           <u>REQUEST FOR TELEPHONIC APPEARANCE</u>

Dear Judge Corley:

    We represent Defendant Bloomingdale's, Inc. in the above-entitled action. Presently, there is a Case Management Conference set for March 8, 2012 at 1:30 p.m.

    As explained in the Joint Case Management Statement filed on March 1, 2012, the parties believe there is a reasonable likelihood of resolving this case within 30 days, and therefore have requested a continuance of the Case Management Conference until April 12, 2012. If, however, the Court is inclined to go forward with the March 8 Case Management Conference, Defendant respectfully requests the Court allow Defendant to appear telephonically at the conference. Because Defendant's counsel's office is located in Sacramento, Defendant will incur additional fees and costs for travel although the case is near resolution.

    Thank you for your consideration.

                      Respectfully submitted,

                      JACKSON LEWIS LLP      The case managment conference is
                                                  continued to 4/26/2012 at 1:30 p.m.
                      David S. Bradshaw

                                  Dated: 3/5/12

DSB:gkb
cc:  Linda Baldwin Jones *(e-service)*

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley