WILLIAM A. SOKOL, Bar No. 072740
LINDA BALDWIN JONES, Bar No. 178922
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bsokol@unioncounsel.net
         lbjones@unioncounsel.net
         ecarder@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND; AND STATIONARY ENGINEERS LOCAL 39 ANNUITY FUND,<br><br>             Plaintiffs,<br><br>     v.<br><br>BLOOMINGDALE'S, INC.,<br><br>             Defendant. | No. C 11-03968 (JSC)<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

The Parties, by and through the undersigned counsel, hereby notify the Court that Plaintiffs and Defendant have reached a settlement in the above-captioned case. The Parties are in the process of finalizing the settlement documents and anticipate that a dismissal will be filed within the next sixty (60) days. The Parties respectfully request that the Court stay this matter to allow them time to formalize their settlement.

Dated: March 29, 2012

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ *Linda Baldwin Jones*
LINDA BALDWIN JONES
EZEKIEL D. CARDER
Attorneys for Plaintiffs

Dated: March 29, 2012

JACKSON LEWIS LLP

By: /s/ *David S. Bradshaw*
DAVID S. BRADSHAW
Attorneys for Defendant

128625/662122

The case management conference scheduled for 4/26/2012 is continued to 5/31/2012 at 1:30 p.m. to allow time for the parties to formalize their settlement.

Dated: 3/30/2012



GRANTED
Judge Jacqueline Scott Corley
United States District Court, Northern District of California

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS
Case No. C 11-03968 (JSC)